1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11                              )    Case No. EDCV 99-95 VAP
    EVERYOUNG TECHNOLOGIES,  )    (Mcx)
12  INC., a California        )
    corporation,              )    **JUDGMENT**
13                              )
                Plaintiff,    )
14                              )
         v.                   )
15                              )
                              )
16  ROBERT NEIL ROUZIER et    )
    al.                        )
17              Defendants.   )
    _____ )
18

19  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20       Pursuant to the Order filed herewith, IT IS ORDERED

21  AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH

22  PREJUDICE.  The Court orders that such judgment be

23  entered.

24

25

26  Dated:  November 17, 2008    _____
                                    VIRGINIA A. PHILLIPS
27                                United States District Judge

28